United States District Court
Southern District of Texas
**ENTERED**
October 29, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| In re the Complaint and §<br>Petition of Callan Marine, Ltd. §<br>§<br>§<br>§<br>§ | No. 3:20-cv-68<br><br>In Admiralty Pursuant to<br>Rule 9(h) |

## ORDER OF ADMINISTRATIVE CLOSURE

The court has considered claimant Adam Guidry's motion to dissolve the limitation injunction (Dkt. 13), as well as Guidry's stipulation (Dkt. 19) filed in support of that motion. The court authorizes Guidry to pursue his personal-injury claim against Petition Callan Marine, Ltd. in state court, reserving Callan Marine's right to limitation of liability under the Limited Liability Act, 46 U.S.C. § 30501 *et seq.*, to be determined by this court.

It is therefore ordered that this case is stayed and administratively closed pending Guidry's state action.

It is further ordered that upon final resolution of Guidry's state-court action, the parties must inform this court of the resolution within seven days of entry of judgment or dismissal and request reactivation of this case. The court will then address all pending issues before it.

Signed on Galveston Island on this, the 29th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE